FILED
United States Court of Appeals
Tenth Circuit

October 8, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY; BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; CITY OF BOULDER,<br><br>  Plaintiffs - Appellees,<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.), INC.; SUNCOR ENERGY SALES INC.; SUNCOR ENERGY INC.; EXXON MOBIL CORPORATION,<br><br>  Defendants - Appellants. | No. 19-1330 |

_____

### ORDER

_____

Appellants have filed an emergency motion to stay the district court's remand order pending appeal. Appellees are directed to file a response to the motion within 10 days from the date of this order.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk