FILED
United States Court of Appeals
Tenth Circuit

**February 8, 2022**

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY; BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY,; CITY OF BOULDER,

    Plaintiffs - Appellees,

v.

SUNCOR ENERGY (U.S.A.), INC.; SUNCOR ENERGY SALES INC.; SUNCOR ENERGY INC.; EXXON MOBIL CORPORATION,

    Defendants - Appellants.

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; COLORADO COMMUNITIES FOR CLIMATE ACTION; THE NATIONAL LEAGUE OF CITIES; THE U.S. CONFERENCE OF MAYORS; THE INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL; PUBLIC CITIZEN, INC.,

    Amici Curiae.

No. 19-1330
(D.C. No. 1:18-CV-01672-WJM-SKC)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HOLMES**, Circuit Judge, **LUCERO**, Senior Circuit Judge, and **McHUGH**, Circuit Judge.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk